1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLSTATE INSURANCE COMPANY,

Plaintiff,

v.

HAZEL D. CAMERON, et al.,

Defendants.

CASE NO. C05-1312JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received a motion for entry of judgment (Dkt. # 27) and a motion for entry of costs (Dkt. # 29) from Plaintiff Allstate Insurance Company ("Allstate").  In its order granting summary judgment, the court noted that it could not determine whether it had disposed of all claims in this action, and directed Allstate to request judgment.

Allstate now moves for a judgment that implements the summary judgment order. Allstate misunderstands the court's instructions.  Allstate must file a motion requesting judgment.  If there are claims remaining against any Defendant, Allstate must inform the court.  If there are claims remaining against any Defendant, Allstate may request a partial judgment, but must satisfy the requirements of Fed. R. Civ. P. 54(b).

MINUTE ORDER - 1

1    The court therefore DENIES Allstate's motion for judgment (Dkt. # 27) without

2    prejudice, and DENIES Allstate's motion for costs as premature (Dkt. # 29).

3    Filed and entered this 23rd day of March, 2006.

4

5                                            BRUCE RIFKIN, Clerk

6                                                    s/Mary Duett

7                                            By

8                                                    Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MINUTE ORDER - 2